# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 21-00028 LEK-RT |
| CASE NAME: | Rika Shimizu vs. City and County of Honolulu et al., |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 05/18/2021 |

COURT ACTION:  EO: COURT ORDER DENYING PLAINTIFF'S MOTION FOR STAY OF PROCEEDINGS

     Before the Court is pro se Plaintiff Rika Shimizu's ("Plaintiff") Motion for Stay of Proceedings ("Motion"), filed on May 17, 2021. [Dkt. no. 18.]  Also on May 17, 2021, Plaintiff filed her Second Amended Complaint for a Civil Case ("Second Amended Complaint"). [Dkt. no. 17.]  The Motion asks this Court to stay all proceedings in this case until Plaintiff is able to complete service of the Second Amended Complaint on the three defendants who reside in Japan. [Motion at 4-5.]  The Motion does not address the status of Plaintiff's attempts to complete service on the defendants who reside in Hawai`i.

     This case is set for a telephonic scheduling conference before the magistrate judge on **July 30, 2021, at 9:00 a.m.**  There are no other court dates or deadlines currently scheduled and, at this point, no defendant has entered an appearance in this case. Plaintiff's Motion is therefore DENIED WITHOUT PREJUDICE because a stay is not necessary at this time.

     After at least one defendant has entered an appearance in this case, all appearing parties shall appear before the magistrate judge – either during the scheduling conference or at a separate status conference – to discuss the issues raised in Plaintiff's Motion.  If the parties are unable to work out the issues raised in the Motion, Plaintiff may file a new motion seeking the appropriate relief.

     IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager